THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Norman Daggett, <br><br> Plaintiff, <br><br> v. <br><br> Brand Scaffold Services, LLC, a Delaware limited liability company, <br><br> Defendants. | No. 2:15-cv-01095-RSL <br><br> STIPULATION AND ORDER OF DISMISSAL [Proposed] |

COME NOW THE PARTIES hereto, by and through their counsel of record, and hereby stipulate that all claims and defenses asserted by all parties in this lawsuit should be dismissed with prejudice and without costs. A proposed form of order accompanies this stipulation.

DATED this ___ day of February, 2017.          DATED this ___ day of February, 2017.

EMERY REDDY, PLLC                                MICHAEL & ALEXANDER PLLC

By: _____                     By: _____
Patrick B. Reddy WSBA #34092                     Suzanne Kelly Michael WSBA #14072
Jason J. Hoeft WSBA #39547                       Matthew J. Macario WSBA #26822
William H.P. Fuld WSBA #40735                    Cindy M. Lin WSBA #42959
Emery Reddy, PLLC                                Michael & Alexander, PLLC
600 Stewart St., Ste 1100                        701 Pike Street, Suite 1150
Seattle, WA 98101                                Seattle, WA 98101
Attorneys for Plaintiff                          Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL                        MICHAEL & ALEXANDER PLLC
[Proposed] - 1                                                701 Pike Street, Suite 1150
                                                                Seattle, WA 98101
No. 2:15-cv-01095-RSL                                              206.442.9696

# ORDER

This matter having come on by way of stipulation of the parties for an order dismissing all claims and defenses in this lawsuit, and the Court having considered the stipulation and the records and files in this matter, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims and defenses asserted by all parties in this lawsuit are hereby dismissed with prejudice and without costs.

DATED this 17th day of Feb., 2017.

_____
THE HONORABLE ROBERT S. LASNIK

STIPULATION AND ORDER OF DISMISSAL
[Proposed] - 2

No. 2:15-cv-01095-RSL

MICHAEL & ALEXANDER PLLC
701 Pike Street, Suite 1150
Seattle, WA 98101
206.442.9696